Submitted on record and briefs December 2, 2005, reversed January 18, 2006

In the Matter of Alan Cook,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

ALAN COOK,
*Appellant.*

0503-64087; A128312

126 P3d 754

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing him to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder, is unable to provide for his basic personal needs, and is not receiving such care as is necessary for health and safety. A discussion of the facts would be of no benefit to the bench, the bar, or the public. The state concedes that the record does not contain clear and convincing evidence that appellant is unable to provide for his basic personal needs. On *de novo* review, we find the state's concession to be well founded and, therefore, accept it.

Reversed.